IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLA COLLIERS a/k/a CARLA KOCHEN a/k/a CARLA ARNDT and JAMES FINLEY,<br><br>Defendants. | **8:21CR7**<br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 136).   The Court has reviewed the record in this case and finds as follows:

1.   On September 8, 2022, the Court entered a Preliminary Order of Forfeiture (Filing No. 130), pursuant to 21 U.S.C. §§ 846, 841(a)(1), (b)(1) and 853 and based upon defendants Carla Colliers ("Colliers") and James Finley ("Finley") pleading guilty to Count I of the Indictment (Filing No. 1).   Under the Preliminary Order of Forfeiture, Colliers forfeited any interest she had in $42,778 in United States currency taken from her to the government.   Finley waived his interest in the $42,778.

2.   Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on September 10, 2022, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.   A Declaration of Publication was filed in this case on November 10, 2022 (Filing No. 135).

3.   The government has advised the Court that no petitions have been filed.   A review of the record confirms that assertion.

4.      The government's Motion for Final Order of Forfeiture should be granted. Accordingly,

IT IS ORDERED:

1.      The government's Motion for Final Order of Forfeiture (Filing No. 136) is granted.

2.      All right, title and interest in and to the $42,778 in United States currency seized from Colliers on or about September 24, 2020, held by any person or entity are forever barred and foreclosed.

3.      The $42,778 in United States currency is forfeited to the government.

4.      The government is directed to dispose of the $42,778 in United States currency in accordance with law.

Dated this 13th day of January 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge

2