IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CARLA COLLIERS a/k/a CARLA KOCHEN a/k/a CARLA ARNDT and JAMES FINLEY,<br><br>  Defendants. | 8:21CR7<br><br>FINAL ORDER OF FORFEITURE<br>*NUNC PRO TUNC* |

This matter is before the Court on the government's Motion for Final Order of Forfeiture *Nunc Pro Tunc* (Filing No. 156). The Court has reviewed the record in this case and finds as follows:

1. On January 13, 2023, this Court entered a Final Order of Forfeiture, forfeiting $42,778 in United States currency (Filing No. 151). The correct amount to be forfeited to the government is $42,758 in United States currency.

2. Omaha Police Department will place the $20 counterfeit bill into evidence.

3. The government's Motion for a Final Order of Forfeiture *Nunc Pro Tunc* should be granted.

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture *Nunc Pro Tunc* (Filing No. 156) is granted.

2. All right, title and interest in and to the $18,049 in United States currency taken from Colliers on or about September 24, 2020, and the $24,709 in United States currency taken from Colliers on or about November 12, 2020, totaling $42,758 in United States currency, held by any person or entity are forever barred and foreclosed.

3. The $42,758 in United States currency is forfeited to the government.

4. The government is directed to dispose of that currency in accordance with law.

Dated this 3rd day of February, 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge